# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Saidi O.,                                Civ. No. 20-0790 (WMW/BRT)

           Petitioner,

v.                                      **ORDER**

DHS/ICE,

           Respondent.

         **IT IS HEREBY ORDERED** that:

         1.      Respondent is directed to file an answer to the Petition for Writ of Habeas Corpus (Doc No. 1) of Petitioner Saidi O. within 30 days of this order certifying the true cause and proper duration of Saidi O.'s confinement and showing cause why the writ should not be granted in this case.

         2.      Respondent's answer should include:

                a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Saidi O.'s incarceration, in light of the issues raised in the Petition;

                b.      A reasoned memorandum of law and fact fully stating respondent's legal position on Saidi O.'s claims; and

                c.      Respondent's recommendation on whether an evidentiary hearing should be conducted in this matter.

         3.      If Saidi O. intends to file a reply to respondent's answer, he must do so within 30 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Saidi O.'s application to proceed *in forma pauperis* **(Doc. No. 2)** is **GRANTED**.

5. Saidi O.'s Motion for Custody Redetermination **(Doc. No. 3)** is hereby **DENIED** as duplicative because it raises the same issues that will be considered upon review of the Petition itself.

Dated: March 30, 2020         *s/ Becky R. Thorson*_____
                              BECKY R. THORSON
                              United States Magistrate Judge